UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-2417-CAS(PLAx) | Date | October 30, 2009 |
|---|---|---|---|
| Title | *GRACE RODRIGUEZ v. J.D. ENTERPRISE AND FINANCIAL SERVICES* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**        (IN CHAMBERS)

On July 7, 2009, the plaintiff filed a proof of service and on September 23, 2009, the plaintiff filed a Request for Entry of Default. On September 25, 2009, the Clerk was unable to enter a default on the defendant and the Court issued a Notice of Deficiency. To date, no corrections have been made.

 **IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **November 16, 2009** why this action should not be dismissed for lack of prosecution **as to defendant J.D. ENTERPRISE AND FINANCIAL SERVICE.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1)      A corrected proof of service of summons and complaint on **defendant J.D. ENTERPRISE AND FINANCIAL SERVICE**

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  |  | 00 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer | | CMJ | |